UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

FILED
IN COURT
CHARLOTTE, N. C.

AUG 3 0 2005

U. S. DISTRICT COURT
W. DIST. OF N. C.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO.:5:05CR236-V |
| | ) | |
| v. | ) | **ORDER UNSEALING** |
| | ) | **INDICTMENT** |
| MARK WAYNE SPEAGLE | ) | |

UPON MOTION of the United States of America, by and through Gretchen C.F. Shappert,

United States Attorney for the Western District of North Carolina, for an order directing that the Bill

of Indictment in the above-captioned case be unsealed; and

IT APPEARING TO THE COURT that there no longer exists any danger to the attendant

investigation in this case;

NOW, THEREFORE, IT IS ORDERED that the Bill of Indictment in the above-captioned

case be unsealed.

This the 30Th day of August, 2005.

_____
UNITED STATES MAGISTRATE JUDGE